THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL RICHETTI, Appellant.— Motion to dismiss appeal granted, and appeal dismissed. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

HARRY SEGAL and SIDNEY SEGAL, Copartners, etc., Respondents, v. THE AUTO-MOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant, and TITLE GUARANTEE AND TRUST COMPANY, Defendant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

HARRY SEGAL and SIDNEY SEGAL, Copartners, etc., Respondents, v. NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

VICTORY ELECTRICAL SUPPLY Co., INC., Respondent, v. F. A. D. ANDREA, INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

ANNIE WESTERMAN, Appellant, v. SOLREB REALTY CORPORATION, and POLT REALTY CORPORATION, Respondents.— Motion to dismiss appeal denied. Present Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

ARTHUR L. ASHMEAD and Others, Appellants, v. JOSEPH G. CASSIDY, Respondent, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

EDITH B. BELKNAP, Respondent, v. CITY OF YONKERS, Appellant.— Judgment and order reversed upon the law and new trial granted, costs to abide the event. Under the circumstances disclosed by the record, we are of opinion that the court erred in permitting an amendment to the complaint to include alleged injuries not stated in plaintiff's notice of claim or in her complaint, which injuries were not connected in any way with those originally stated. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

EMILE BENOIST & Co., INC., and JACOB K. REIKER, Appellants, v. JOHN L. SPENCE, Respondent.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.